1012

*In the Matter of the Marriage of* CHERYL THOMPSON, *Petitioner,* and JEFFREY THOMPSON, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 94-3-00223-8, H. John Hall, J., entered February 2, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent,* v. JASON R. WATKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-01039-5, Paula Casey, J., entered October 22, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL GONZALES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-04504-7, Deborah Fleck, J., entered November 9, 1994. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. BARRY M. TUNNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-07123-4, Steven G. Scott, J., entered March 20, 1995. *Reversed* by unpublished per curiam opinion.